

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00055-CV

Donald E. **GHIDONI**,
Appellant

v.

**STONE OAK INC.**, Hill Country Water Works Company, Hill Country S.A., Ltd.,
and Nancy Ghidoni-Meehan,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Antonio Arteaga, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction. Costs of the appeal are taxed against the appellant.

It is so **ORDERED** on February 10, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court